UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES L. WOODSON, JR.**,

    Plaintiff,

v.                                              CASE NO. 3:23-cv-10-HLA-PDB

**WALMART, INC.**,

    Defendant.

_____/

## O R D E R

Pursuant to Plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c), (Dkt. 5), it is

**ORDERED** that this action is **DISMISSED**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February, 2023

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: *Pro Se* Plaintiff